# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04812-WMR
## Norwood v. Quality Control Music, LLC
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 06/09/2021.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.     COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:30                 DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Dorey Cole representing Barbara Norwood<br>Hayden Pace representing Quality Control Music, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | The Court heard oral argument via phone conference and ORDERED Plaintiff to file an amended complaint, within 10 days of today's date, which precisely sets forth her claims. Upon filing of the amended complaint, the clerk's office shall terminate the motion to dismiss as moot. |
| HEARING STATUS: | Hearing Concluded |